01/2012

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: Antonio Altiery ) Chapter 13
) Bankruptcy Case No.
)
)
Debtor(s) )

**DECLARATION REGARDING ELECTRONIC FILING
PETITION AND ACCOMPANYING DOCUMENTS**

**DECLARATION OF PETITIONER(S)**

A. [To be completed in all cases]

I (We), __Antonio Altiery__ and _____ the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the documents are true and correct.

B. [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

☐ I, _____, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.

__Antonio Altiery__
Printed or Typed Name of Debtor or Representative

Printed or Typed Name of Joint Debtor

*/s/ Antonio Altiery*
Signature of Debtor or Representative

Signature of Joint Debtor

__August 29, 2012__
Date

Date